Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NELSON'S PAINTING & DECORATING, a California Partnership, et al.<br><br>        Defendant. | Case No.:  C14-3451 EMC<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:   November 20, 2014<br>Time:  9:30 a.m,<br>Dept.:  Courtroom 5, 17th Floor, San Francisco, CA<br>Judge: Honorable Judge Edward M. Chen |

Plaintiffs herein respectfully request that the Case Management Conference, currently on calendar for November 20, 2014, be continued for approximately ninety (90) days.  Good cause exists for the continuance, as follows:

1.     As the Court's records will reflect, this action was filed on July 30, 2014 to compel Defendants to comply with an audit inspection of their payroll records, pursuant to the Collective Bargaining Agreement entered into with Plaintiffs.

2.     Defendant Nelson Painting & Decorating, Admiral Nelson Peckham and Nelson Lee Peckham (collectively "Defendants") were personally served with the Complaint on August 8, 2014. A Proof of Service of Summons was filed with the Court on August 13, 2014 (Dkt. #12). Defendants failed to plead or otherwise respond to the Complaint.

3.      Plaintiffs filed a Motion for Entry of Default on September 3, 2014 (Dkt. #13). The Clerk entered default against Defendants' on September 9, 2014 (Dkt. #14).  Plaintiffs served Defendants with the Clerk's Notice of Entry of Default, and filed Proof of Service of Clerk's Notice of Entry of Default on September 15, 2014 (Dkt. #15).

4.      Following the entry of Default, Plaintiffs and Defendants have been in communication, in an effort to informally resolve the matter without the need for further litigation. Defendants disputed a portion of the amounts found due in the audit of their payroll records, but paid the remainder.  Plaintiffs investigated Defendants' dispute and provided a response, including a final demand to Defendants for payment of the remaining amounts found due in the audit, in a final attempt to resolve this matter without the need for further litigation.

5.      If parties are unable to reach an informal resolution, Plaintiffs anticipate preparing and filing a Motion for Default Judgment against Defendants.

6.      There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference.  In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for November 20, 2014, be continued for approximately ninety (90) days, to allow sufficient time for Plaintiffs to attempt to resolve this matter with Defendants, or if parties are unable to reach an informal resolution, for Plaintiffs to file a Motion for Default Judgment against Defendants.

///
///
///
///
///
///
///
///
///

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 12th day of November, 2014, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: /S/
Adrian L. Canzoneri
Attorney for Plaintiffs

**IT IS SO ORDERED**.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to 2/19/2015, at 9:30 a.m.. All related deadlines are extended accordingly.

Date: 11/17/2014

HONORABLE JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **November 12, 2014**, I served the following document(s):

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

Nelson's Painting & Decorating
2594 Ashcroft
Clovis, CA 93611

Admiral Nelson Peckham
2594 Ashcroft
Clovis, CA 93611

Nelson Lee Peckham
2594 Ashcroft
Clovis, CA 93611

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **November 12, 2014,** at San Francisco, California.

/S/
Alicia Ramirez
Paralegal