UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NELSON'S PAINTING & DECORATING, *et al.*, <br><br> Defendants. | No. C-14-3451 EMC <br><br> **ORDER RE SUPPLEMENTAL BRIEFING/EVIDENCE FOR PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** <br><br> **(Docket No. 21)** |

Plaintiffs have filed a motion for default judgment against all Defendants. Having reviewed the motion, the Court hereby orders Plaintiffs to provide supplemental briefing/evidence, **within a week of the date of this order**, on the following issues.

(1) Plaintiffs allege that Nelson's Painting & Decorating ("Nelson's Painting") is a partnership. Plaintiffs shall provide any factual support they have for this allegation.

(2) Plaintiffs allege that Admiral Nelson Peckham and Nelson Lee Peckham are partners in Nelson's Painting. Plaintiffs shall provide any factual support they have for this allegation.

(3) Plaintiffs shall clarify the method by which Admiral Nelson Peckham was served. The proofs of service on their face indicate that he was both personally served and served by substituted service, which does not make sense because personal service would obviate the need for substituted service.[1]

---

[1] The Court notes that Nelson Lee Peckham was served by substituted service on the same day/time and address that Admiral Nelson Peckham was purportedly personally served.

(4) Plaintiffs shall provide evidence to show that it made a reasonably diligent effort to serve Nelson Lee Peckham by personal delivery, *i.e.*, before resorting to substituted service. If Admiral Nelson Peckham was also served by substituted service, Plaintiffs shall provide similar evidence for him.

(5) Plaintiffs shall provide an explanation as to how they calculated each of the interest amounts identified on page 1 of their motion. *See* Mot. at 1 (identifying interest for different time periods).

Plaintiffs shall immediately serve a copy of this order on Defendants and file a proof of service with the Court. Plaintiffs must also serve a copy of their supplemental briefing/evidence on Defendants.

IT IS SO ORDERED.

Dated: March 24, 2015

_____
EDWARD M. CHEN
United States District Judge

2