Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NELSON'S PAINTING & DECORATING, a California Partnership, et al. <br><br> Defendant. | Case No.: C14-3451 EMC <br><br> **NOTICE OF SETTLEMENT** |

  PLEASE TAKE NOTICE that Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., and Defendants NELSON'S PAINTING & DECORATING, et al. ("Defendants"), have reached a settlement in this matter. Defendants have made a substantial initial payment towards the settlement reached and will be making an additional five (5) monthly payments.  Upon receipt of the fifth and final payment, Plaintiffs will voluntarily dismiss this matter without prejudice.

///

///

///

///

1  Accordingly, it is respectfully requested that the Court vacate the calendar in this matter,
2  but retain jurisdiction through October 2015.
3  Respectfully submitted.

4  Date: May 4, 2015                                  SALTZMAN & JOHNSON
                                                       LAW CORPORATION
5

6                                              By:  _____/S/_____
                                                       Adrian L. Canzoneri
7                                                      Attorney for Plaintiffs

8  **IT IS SO ORDERED**.

9  Based on the foregoing and GOOD CAUSE APPEARING, the calendar in this matter is
10 vacated.  The Court shall retain jurisdiction over this matter until at least October 2015. `A CMC is set for 10/15/15 at 9:30 a.m.`

11                              May 6, 2015
12 Date: _____
                                                       HONORABLE JUDGE EDWARD M. CHEN
13                                                     UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On May 5, 2015, I served the following document(s):

## NOTICE OF SETTLEMENT

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

Nelson's Painting & Decorating
2594 Ashcroft
Clovis, CA 93611

Admiral Nelson Peckham
2594 Ashcroft
Clovis, CA 93611

Nelson Lee Peckham
2594 Ashcroft
Clovis, CA 93611

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **May 5, 2015,** at San Francisco, California.

/S/
Alicia Rutkowski
Paralegal

-1-
**PROOF OF SERVICE
CASE NO.: C14-1836 EMC**

P:\CLIENTS\PATCL\Nelson's Painting\Pleadings\Notice of Settlement_5415.doc