IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWLING, DEBRA SPEICHER and TAYLOR KALIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California Corporation,<br><br>    Defendant. | No. C 13-03451 WHA<br><br>**ORDER FOR FURTHER SUPPLEMENTAL BRIEFING** |

By Wednesday, **JULY 8, AT 5:00 P.M.**, the parties are requested to file briefs responsive to the supplemental briefs submitted today. Apple is specifically requested to address whether full disclosure and a right to opt-out of the class can cure what might otherwise be inadequate representation. The briefs shall be double-spaced with limited single-spaced material and shall not contain footnotes or exhibits, for a total of **SIX PAGES**.

**IT IS SO ORDERED.**

Dated: July 7, 2015.

                                                                  WILLIAM ALSUP
                                                                  UNITED STATES DISTRICT JUDGE